**Lance O. MATTHEWS, Petitioner—
Appellant,**

v.

**George GALAZA, Warden,
Respondent–Appellee.**

No. 00–57036.

D.C. No. CV–99–09701–SVW.

United States Court of Appeals,
Ninth Circuit.

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

**410**

Submitted Dec. 2, 2002.*

Decided Dec. 9, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

California state prisoner Lance O. Matthews appeals pro se the dismissal as untimely of his 28 U.S.C. § 2254 habeas petition challenging his jury-trial conviction for four counts of robbery. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

The district court correctly determined that Matthews' petition is barred by the one-year statute of limitations set forth in 28 U.S.C. § 2244(d)(1). The court, however, erroneously declined to review Matthews' objections to the magistrates' report and recommendation, see *Ford v. Hubbard,* 305 F.3d 875, 882 (9th Cir.2002) (applying the prison mail-box rule to prisoners' pro se filings), and accordingly declined to consider whether a certificate of appealability ("COA") should have issued on equitable tolling grounds. *Cf. United States v. Howell,* 231 F.3d 615, 622 (9th Cir.2000) (recognizing that the language of 28 U.S.C. § 636 dictates that district courts are required to make a de novo determination to resolve the objections to a magistrate's report and recommendation), *cert. denied,* —— U.S. ——, 122 S.Ct. 76, 151 L.Ed.2d 40 (2001). We now con-

sider the issue and conclude that a COA is not warranted on equitable tolling grounds. *See* 28 U.S.C. § 2253(c)(2).

The issues raised by Matthews that are outside of the COA granted by the district court are not properly before us and we do not review them. *See Hiivala v. Wood,* 195 F.3d 1098, 1107 (9th Cir.1999) (per curiam) (limiting issues on appeal to those specified in the COA).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Matthews' request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.